# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| Al Jamoua,<br><br>    Plaintiff,<br>  v.<br><br>Farm Bureau General Insurance Company of Michigan, Farm Bureau Life Insurance Company of Michigan, Farm Bureau Mutual Insurance Company of Michigan, and Community Service Acceptance Company (Collectively referred to and d/b/a Farm Bureau Insurance), Paul Wagner, and Danny Negin,<br><br>Jointly and Individually,<br><br>    Defendants. | Case No. 20-10206<br><br>Hon. Laurie J. Michelson<br>Magistrate R. Steven Whalen |

## ORDER REGARDING WITHDRAWAL OF ATTORNEY KAMIL ROBAKIEWICZ

This matter, having come before the Court on Defendants Notice of Withdrawal of Attorney Kamil Robakiewicz; and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED,** that Kamil Robakiewicz's appearance is hereby withdrawn as attorney of record for Defendants, and attorney Scott Eldridge remains the primary attorney of record for all Defendants..

**SO ORDERED.**

Dated: April 13, 2021

                                  s/Laurie J. Michelson
                                  LAURIE J. MICHELSON
                                  UNITED STATES DISTRICT JUDGE