UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| AL JAMOUA,<br><br>     Plaintiff,<br><br>v.<br><br>FARM BUREAU GENERAL INSURANCE COMPANY OF MICHIGAN, FARM BUREAU LIFE INSURANCE COMPANY OF MICHIGAN, FARM BUREAU MUTUAL INSURANCE COMPANY OF MICHIGAN, AND COMMUNITY SERVICE ACCEPTANCE COMPANY (COLLECTIVELY REFERRED TO AND D/B/A FARM BUREAU INSURANCE), PAUL WAGNER, AND DANNY NEGIN,<br><br>     Defendants. | Case No. 20-10206<br>Honorable Laurie J. Michelson |

**ORDER ON MOTION TO WITHDRAW AS COUNSEL
FOR DEFENDANT PAUL WAGNER [40]**

This is a business and employment dispute involving allegations of race and ethnic discrimination.

This matter is presently before the Court on the Motion to Withdraw as Counsel for Defendant Paul Wagner on the ground that there is now an irreconcilable conflict of interest between Wagner and the other defendants. (ECF No. 40.) Plaintiff has responded to the motion (ECF No. 41) and the Court heard oral argument on July 15, 2021.

For the reasons stated in the motion and on the record during the hearing, the motion is GRANTED and Miller Canfield may withdraw as counsel of record for Defendant Wagner. If Wagner does not intend to represent himself, he should make arrangements to secure successor counsel within the next 45 days. If the case survives the pending motion for summary judgment, the Court will schedule a pretrial status conference to discuss trial dates.

Mr. Scott Eldridge is directed to serve this Order upon Defendant Wagner on or before July 30, 2021, and to file a certificate of service with the Court including the last known address, email address, and telephone number for Mr. Wagner.

IT IS SO ORDERED.

Dated: July 16, 2021

s/Laurie J. Michelson
LAURIE J. MICHELSON
UNITED STATES DISTRICT JUDGE