UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

AL JAMOUA,

    Plaintiff,

v

FARM BUREAU GENERAL INSURANCE
COMPANY OF MICHIGAN, FARM BUREAU
LIFE INSURANCE COMPANY OF MICHIGAN,
FARM BUREAU MUTUAL INSURANCE
COMPANY OF MICHIGAN, COMMUNITY
SERVICE ACCEPTANCE COMPANY
(collectively referred to and d/b/a FARM BUREA
INSURANCE), PAUL WAGNER and DANNY
NEGIN, Jointly and Individually,

    Defendants.

Case No. 20-10206

Hon. Laurie J. Michelson

| | |
|---|---|
| PITT MCGEHEE PALMER & RIVERS, PC<br>Michael L. Pitt (P24429)<br>Beth M. Rivers (P33614)<br>Robin B. Wagner (P79408)<br>Attorneys for Plaintiff<br>117 W. Fourth St., Ste. 200<br>Royal Oak, MI  48067<br>(248) 398-9800<br>mpitt@pittlawpc.com<br>brivers@pittlawpc.com<br>rwagner@pittlawpc.com | MILLER, CANFIELD, PADDOCK & STONE, P.L.C.<br>Scott R. Eldridge (P66452)<br>Attorneys for Defendants<br>One Michigan Ave., Ste. 900<br>Lansing, MI  48933<br>(517) 483-4918<br>eldridge@millercanfield.com<br><br>STARR, BUTLER, ALEXOPOULOS & STONER, PLLC<br>Joseph A. Starr (P47253)<br>Attorney for Defendant Paul Wagner<br>20700 Civic Center Dr., Ste. 290<br>Southfield, MI  48076<br>(248) 864-4934<br>jstarr@starrbutler.com |

## **APPEARANCE**

    Please enter the Appearance of Joseph A. Starr of Starr, Butler, Alexopoulos & Stoner, PLLC, as counsel for and on behalf of the above-named Defendant, Paul Wagner, in the within cause of action.

{00089394.DOCX}

Respectfully submitted,

STARR, BUTLER, ALEXOPOULOS & STONER, PLLC

By: /s/ Joseph A. Starr
Joseph A. Starr (P47253)
Attorney for Defendant Paul Wagner
20700 Civic Center Dr., Ste. 290
Southfield, MI 48076
(248) 864-4934
jstarr@starrbutler.com

Dated: October 18, 2021

### CERTIFICATE OF SERVICE

The undersigned says that on October 18, 2021, she has caused to be served a copy of **Appearance and this Certificate of Service** via the Court's electronic filing system upon all attorneys of record.

I declare that the above statements are true and correct to the best of my knowledge, information and belief.

/s/ Kiersten Plane